IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| MICHAEL LITTLETON and, <br> GERRI LITTLETON, <br><br> Plaintiffs, <br><br> v. <br><br> BRANDON MCNEELY, <br><br> Defendant/ <br> Third-Party Plaintiff, <br><br> v. <br><br> ROBERT SMEDLEY, <br><br> Third-Party Defendant. | Case No. 05-4313-CV-C-NKL |

## ORDER

From July 23, 2007 to July 26, 2007, this case was tried before a jury in the United States District Court for the Western District of Missouri in Jefferson City, Missouri. On July 26, 2007, the jury returned its verdicts:

As to Plaintiff Michael Littleton's claim for personal injury, the jury found that Plaintiff Michael Littleton was 55% at fault and Defendant Brandon McNeely was 45% at fault. The jury found Plaintiff Michael Littleton's total damages to be $200,000. Therefore, McNeely must pay Michael Littleton $90,000.

As to Plaintiff Gerri Littleton's claim for personal injury against Defendant McNeely, the jury found that Defendant McNeely was 100% at fault. The jury found

1

Plaintiff Gerri Littleton's personal injury damages to be $12,500.  The jury also found in favor of Plaintiff Gerri Littleton on her loss of consortium claim against Defendant McNeely.  The jury found her damages due to loss of consortium to be $10,000.  In total, the jury found that Plaintiff Gerri Littleton had been damaged in the amount of $22,500.  Therefore, McNeely must pay Gerri Littleton $22,500.

As to Defendant McNeely's claim against Plaintiff Michael Littleton seeking an apportionment of fault for Plaintiff Gerri Littleton's damages, the jury found in favor of Defendant McNeely.  As a result, Plaintiff Michael Littleton is responsible for 55% of Plaintiff Gerri Littleton's damages.  Therefore, Michael Littleton must pay McNeely $12,375.

As to Defendant McNeely's claim against Third Party Defendant Robert Smedley seeking an apportionment of fault for Plaintiff Michael Littleton's damages and McNeely's claim against Smedley seeking an apportionment of fault for Plaintiff Gerri Littleton's damages, the jury found in favor of Third Party Defendant Robert Smedley.

Finally, after subtracting the amount Plaintiff Michael Littleton owes Defendant McNeely from the amount McNeely owes Michael Littleton, the Court finds that Defendant McNeely must pay Plaintiff Michael Littleton $77,625.  In addition, Defendant McNeely must pay Plaintiff Gerri Littleton $22,500.

IT IS SO ORDERED.

										s/ NANETTE K. LAUGHREY
										NANETTE K. LAUGHREY
										United States District Judge


DATE: August 3, 2007
Jefferson City, Missouri