IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| MICHAEL LITTLETON and GERRI LITTLETON, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiffs, | ) |  |
| v. | ) | Case No. 05-04313-CV-C-NKL |
| BRANDON MCNEELY, | ) |  |
| Defendant. | ) |  |

**ORDER**

Pending before the Court are Plaintiffs' Motion to Compel Defendant Brandon McNeely ("McNeely") to File Supersedeas Bond [Doc. #248] and McNeely's Motion to Stay Execution [Doc. # 254]. For the reasons stated herein, both motions are granted.

Defendant requests a stay of the execution of the judgment in this case, pending McNeely's Motion for a New Trial, pursuant to Rule 62(b) of the Federal Rules of Civil Procedure. Defendant filed its Motion for a New Trial on August 13, 2007, and offered to post a Supersedeas Bond in the amount of $125,000 as requested by the Plaintiffs. Rule 62(b) provides that the Court "on such conditions for the security of the adverse party as are proper" may "stay the execution of or any proceedings to enforce a judgment pending the disposition of a motion for a new trial . . . ." Because the parties agree that the amount of the bond will be sufficient to cover costs and interest and because McNeely filed no response to Plaintiffs' Motion, it is hereby

1

ORDERED that Plaintiffs' Motion to Compel Defendant Brandon McNeely to File Supersedeas Bond [Doc. # 248] is GRANTED. The supersedeas bond in the amount of $125,000 is hereby approved by the Court;

ORDERED that Defendants' Motion to Stay Execution [Doc. #254] is GRANTED.

s/ Nanette K. Laughrey  
NANETTE K. LAUGHREY  
United States District Judge

Dated: September 21, 2007  
Jefferson City, Missouri