IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| MICHAEL LITTLETON and, <br> GERRI LITTLETON, <br><br> Plaintiffs, <br><br> v. <br><br> BRANDON MCNEELY and <br> WILLIAM WILLHITE, <br><br> Defendants/ <br> Third-Party Plaintiffs, <br><br> v. <br><br> ROBERT SMEDLEY, <br><br> Third-Party Defendant. | Case No. 05-4313-CV-C-NKL |

## ORDER

On May 28, 2009, the United States Court of Appeals for the Eighth Circuit issued a Mandate to this Court following its April 9, 2009 Judgment and Opinion. Pursuant to that Judgment and Opinion, Defendant Brandon McNeely's Motion for Judgment as a Matter of Law [Doc. # 241] is granted. The Second Amended Clerk's Judgment in this case [Doc. #279] shall be amended to reflect the following:

A.  Judgment is entered in favor of Michael Littleton and against Brandon McNeely in the amount of $90,000 for personal injuries.

B.  Judgment is entered in favor of Gerri Littleton and against Brandon McNeely in the amount of $12,500 for personal injuries and $4,500 for loss of consortium.

C. Judgment is entered in favor of Brandon McNeely and against Michael Littleton and Robert Smedley, jointly and severally, for $6,875.00 for contribution for Gerri Littleton's personal injuries.

D. Judgment is entered in favor of Robert Smedley against Brandon McNeely on the claims of negligent entrustment and negligence of Robert Smedley.

IT IS SO ORDERED.

S/NANETTE K. LAUGHREY
NANETTE K. LAUGHREY
United States District Judge

Dated: July 2, 2009
Jefferson City, Missouri